UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENNETH SCOTT NEPRAS,

              Petitioner,

v.

MARY E. ROBNETT,

              Respondent.

Case No. 3:25-cv-05428-BJR-TLF

SECOND ORDER TO SHOW CAUSE

        Petitioner Kenneth Scott Nepras, *pro se,* initiated this action on May 16, 2025, by filing an application to proceed *in forma pauperis* ("IFP") and a proposed federal habeas petition. Dkt. 1. On May 16, 2025, the Clerk of Court issued a "notice of filing deficiency" to petitioner stating that his filing was deficient and directing him to correct the deficiency by submitting a certified copy of his prison trust account statement showing transactions for the last six months by June 16, 2025. Dkt. 4. The notice stated that the failure to correct the deficiencies "may affect the status of your case, including dismissal of the action by the Court." *Id.*

        The deadline for petitioner to cure his filing deficiency passed and the Court had not received a certified copy of his prison trust account statement or a filing-fee payment from him. Accordingly, by order dated July 2, 2025, the Court ordered that by July 24, 2025, petitioner must either:

SECOND ORDER TO SHOW CAUSE - 1

1. File a certified copy of his prison trust account statement showing transactions for the last six months; or
2. Pay the $5.00 filing fee.

On July 24, 2025, petitioner filed a letter stating that "I give or/grant full authorization to withdraw the $5.00 filing fee from my commissary account to complete the filing of my federal habeas corpus filed on May 16, 2025[.]" Dkt. 6. However, it appears that this letter was directed only to the Clerk of the Court and not to officials at the facility where petitioner is currently housed. *Id.*

Accordingly, the Court hereby ORDERS that by **September 25, 2025**, petitioner must either:

1. File a certified copy of his prison trust account statement showing transactions for the last six months; or
2. Pay the $5.00 filing fee. **Petitioner is advised that the Court is unable to withdraw funds directly from petitioner's account. Petitioner must contact officials at the facility where he is housed regarding authorizing and sending the required funds for payment of the filing fee.**

If petitioner fails to complete one of the above requirements by the stated deadline, the undersigned will recommend this action be dismissed for failure to properly prosecute and for failure to comply with a court order.

//

//

SECOND ORDER TO SHOW CAUSE - 2

The Clerk of Court is directed to send petitioner a copy of the notice of filing deficiency (Dkt. 4) and a copy of this order.

Dated this 26th day of August, 2025.

Theresa L. Fricke
United States Magistrate Judge