UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KENNETH SCOTT NEPRAS,<br><br>　　　Petitioner,<br><br>　　　v.<br><br>MARY E. ROBNETT,<br><br>　　　Respondent. | Civil Action No. 3:25-cv-05428-BJR-TLF<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

　　(1)　　The Court ADOPTS the Report and Recommendation.

　　(2)　　This case is dismissed without prejudice for failure to prosecute.

　　(3)　　The Clerk is directed to send a copy of this order to petitioner and Judge Fricke.

**DATED** this 19th day of December 2025.

Barbara Jacobs Rothstein
U.S. District Court Judge